NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

U.S. BANK NATIONAL
ASSOCIATION, AS SUCCESSOR
IN INTEREST TO BANK OF
AMERICA NATIONAL ASSOCATION,
THE SUCCESSOR BY MERGER TO
LASALLE BANK NATIONAL
ASSOCIATION, IN ITS CAPACITY
AS TRUSTEE FOR THORNBURG
MORTGAGE SECURITIES TRUST
2006-3, BY CALIBER HOME LOANS,
INC., F/K/A VERICREST FINANCIAL,
INC., AS ITS ATTORNEY IN FACT,

     Appellant,

v.

     Case No. 2D16-4830

CRESCENT OAKS FORECLOSURES,
LLC; PAUL JALLO; NINA JALLO
A/K/A NINAWA MAAJOIN JALLO;
CAPITAL CITY BANK; CRESCENT
OAKS COMMUNITY ASSOCATION,
INC.,

     Appellees.

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for Pinellas
County; Jack R. St. Arnold, Judge.

Shaib Y. Rios of Brock & Scott, PLLC,
Fort Lauderdale, for Appellant.

Kalei McElroy Blair of Wetherington

Hamilton, PA, Tampa, for Appellee
Crescent Oaks Foreclosure, LLC.

No appearance for remaining Appellees.


PER CURIAM.

      Affirmed.


KHOUZAM, SALARIO, and BADALAMENTI, JJ., Concur.